

# Fourth Court of Appeals
## San Antonio, Texas

April 26, 2023

No. 04-23-00222-CV

**IN RE** R. Wayne **JOHNSON**

Original Proceeding[1]

**ORDER**

On March 9, 2023, relator filed a petition for writ of mandamus. After considering the petition and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on April 26, 2023.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of April, 2023.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018CVK001485D1, styled *R. Wayne Johnson vs. Donald Trump*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Jose A. Lopez presiding.